# Exhibit A

# 727' Patent

## Infringement Chart for US RE46,727 vs. Uber

### Claim 1

| Claim Language | Uber Evidence |
|---|---|
| 1. A taxi trip meter system for a taxi, comprising: | Uber provides a taxi trip meter system for a taxi.<br><br>***Definition of taxicab***: an automobile that carries passengers for a fare usually determined by the distance traveled<br>**https://www.merriam-webster.com/dictionary/taxicab**<br><br># How to use the Uber app<br>Our core service is developing technology that connects drivers and riders on demand. Here's how the app works, step by step:<br>Step 1<br>**A rider opens the app**<br>The rider enters their destination into the "Where to?" box; reviews each ride option for vehicle size, price, and estimated dropoff time; chooses the desired option; then confirms the pickup.<br>Step 2<br>**The rider is matched with a driver**<br>A nearby driver sees and chooses to accept the rider's ride request. The rider is automatically notified when the driver's vehicle is about a minute away.<br>Step 3<br>**The driver picks up the rider**<br>The driver and the rider verify each other's names and the destination. Then the driver starts the ride.<br>Step 4<br>**The driver takes the rider to the destination**<br>The app gives the driver the option to access turn-by-turn directions.<br>Step 5<br>**The driver and rider leave ratings and reviews**<br>At the end of each trip, drivers and riders can rate each other from 1 to 5 stars. Riders also have the option to give the driver compliments and a tip directly in the app.<br><br>how-does-uber-work |

| | Source: https://www.uber.com/us/en/about/how-does-uber-work/<br><br>How the Driver app works<br>Going online<br>The Driver app is always available. So whenever you're ready to drive or deliver, open the app and tap GO.<br>Accepting trip and delivery requests<br>Once online, you'll automatically begin to receive requests in your area. Your phone will sound. Swipe to accept.<br>Turn-by-turn directions<br>The app makes it easy to find your customer and navigate to their destination.<br>Earnings with every trip<br>See how much you've made after each trip, and track your progress toward your daily and weekly earnings goals. Earnings automatically transfer to your bank account every week.<br>Rating system<br>Riders and drivers, plus other customers, will be asked to provide feedback on every trip.<br>Source: https://www.uber.com/us/en/drive/driver-app/ |
|---|---|

| | How to use the Uber app<br><br>**Create an account**<br><br>All you need is an email address and phone number. You can request a ride from your browser or from the Uber app. To download the app, go to the App Store or Google Play.<br><br>**Enter your destination**<br><br>Open the app and enter where you're going in the **Where to?** box. Tap to confirm your pickup location and tap **Confirm** again to be matched to a driver nearby.<br><br>**Meet your driver**<br><br>You can track their arrival on the map. When they're a few minutes away, wait for them at your pickup location.<br><br>**Check your ride**<br><br>Every time you take a trip with Uber, please make sure you're getting into the right car with the right driver by matching the license plate, car make and model, and driver photo with what's provided in your app.<br><br>Uber trips can only be requested through the app, so never get in a car where the vehicle or driver identity doesn't match what's displayed in your app.<br><br>**Sit back and relax**<br><br>When you arrive, payment is easy. Depending on your region, you have options. Use cash or a payment method like a credit card or Uber Cash balance.<br><br>**Rate your trip**<br><br>Let us know how your trip went. You can also give your driver a compliment or add a tip in the app.<br><br>Source: https://www.uber.com/us/en/ride/how-it-works/ |
|---|---|



<table>
<tr>
<td></td>
<td>

<br>
Secretive algorithm will now determine Uber driver pay in many cities
<br>
Source: https://thenextweb.com/news/uber-secretive-algorithm-will-now-determine-driver-pay-in-many-cities-syndication
</td>
</tr>
<tr>
<td>a computer;</td>
<td>Uber App is running on a mobile device, in order to run the Uber App, the mobile device include a computer.</td>
</tr>
</table>



Source: https://apps.apple.com/app/uber/id1131342792?%25243p =a_custom_47734&%2524uri_redirect_mode=1&_branch_match

| | |
|---|---|
| | _id=1010200377779869128&_branch_referrer =H4sIAAAAAAAAAxXJS27DIBAA0NPEu4mNIUAqoaqVeoYsEQxDQv0B8bl %2Fm%2B17r95L%2B5jnto18daVc93Ru8%2BPE5etb%2FS7Jf15WwYtxFkfr %2BbBCKS6mfxw12UohVcJujxzIsGngnnCzKRjmlfaScaAYJIggJWhHCpxY8M 4id%2FG%2BTBf1g%2B4oLj1PMzxVwHxAzLlTfV8fJ9ky%2FJ7ai6ptwzOjxc qCVgRMcQ0CmQTPIgFGVGvwNxHl%2BgdrMDL41AAAAA%3D%3D&uclick_id= 1b78b613-efd6-4d66-8ae7-a40c91f3af90&utm_campaign=uber-com-footer&utm_medium=paid%20advertising&%7Ecampaign=uber-com-footer&%7Etune_publisher_sub1=8421d87e-1738-4c16-b1fe-cfc72db54f62 |
| a trip meter connected to said computer, said trip meter for measuring an actual trip distance traveled by said taxi between a starting point and a destination point; | The Fares bases on the measured time and distance for a trip. Uber App appears to employ a trip meter connected to the computer for measuring an actual trip distance traveled by said taxi between a starting point and a destination point |

| | |
|---|---|
| | RIDERS > A GUIDE TO UBER ><br><br>How are fares calculated?<br><br>In most cities, riders are offered an upfront price, based on the estimated length of the trip. Prices may also include:<br><br>- A base rate<br>- Tolls and surcharges<br>- Dynamic pricing<br>- A booking or marketplace fee<br>- Route based adjustments<br>- Applicable promotions<br>- Pool discounts<br><br>When you request a ride, you agree to be charged the upfront price when the trip ends. Your price may increase if you travel to a different destination, make extra stops along the route, the trip takes much longer than expected, or if your driver passed through a toll that was not factored into your upfront price. Additionally, under certain circumstances, we may adjust your trip payment after a trip--for example, a driver notifies us that he or she paid the cash rate at a toll rather than the toll pass rate (which we use as the default reimbursement rate from the rider to the driver for all tolls).<br><br>If an upfront price is not honored, you will either be charged the minimum price or a price based on the measured time and distance for your trip, including any base rate, booking fee, surcharges, tolls, and other relevant factors such as a dynamic pricing charge.<br><br>Uber Help<br>Source: https://help.uber.com/riders/article/how-are-fares-calculated?nodeId=d2d43bbc-f4bb-4882-b8bb-4bd8acf03a9d |

| | |
|---|---|
| | <br><br>Secretive algorithm will now determine Uber driver pay in many cities<br>Source: https://thenextweb.com/news/uber-secretive-algorithm-will-now-determine-driver-pay-in-many-cities-syndication |
| a location sensor providing geographical location information about said taxi to said computer; and | Uber App collects driver's and rider's location data during use of the service, it is appear that a location sensor provides geographical location information about said taxi to the computer |

| | A. The data we collect<br>*Uber collects personal data:*<br>**2. Data created during use of our services.** This includes:<br>• **Location data (driver and delivery person):** We collect drivers' and delivery persons' precise or approximate location data, including to enable rides and deliveries, to enable ride/delivery tracking and safety features, to prevent and detect fraud, and to satisfy legal requirements. Uber collects this data when the Uber app is running in the foreground (app open and on-screen) or background (app open but not on-screen) of their mobile device.<br><br>Uber Privacy Notice<br>Source:https://www.uber.com/legal/en/document/?name=privacy-notice&country=united-states&lang=en |
|---|---|

| | |
|---|---|
| | ## How Uber uses rider location information (Android)<br><br>You'll see a request prompted by your device for permission to share your location information when you sign up for Uber, which includes location data collected via bluetooth and nearby wifi signals. As a default, for the best service available the app asks you to turn on location services "Allow only while using the app." We use location data to find drivers that are near you and help them navigate to your pickup spot. We also use it to display trip history in your receipts, to understand and resolve support tickets, to troubleshoot and solve software bugs.<br><br>If you're using an Android device, you have 3 location settings to choose from:<br><br>- Allow all the time: We may collect location information at any time, even when you're not actively using the Uber app. If a service needs "Allow all the time" we'll ask for your permission when you enable the service.<br><br>- Allow only while using the app: We may collect location information when the app is visible on your screen or when you have requested a ride and during your trip. You'll get a persistent notification in your Android notification panel if location is being collected in the background when you are in the "While using the app" setting.<br><br>- Deny: This option disables location services for the Uber app. You can still use the app, but you'll need to enter your pickup and dropoff locations manually. Location information will be collected from the driver during your trip and linked to your account, even if you have disabled location services for your app.<br><br>Uber help<br><br>Source:https://help.uber.com/riders/article/how-uber-uses-rider-location-information-android?nodeId=ba9dd342-158d-421f-a9ea-0e6c7aaad726<br><br>Uber Drive App has build-in GPS navigation, it should include a GPS device( location sensor) |

<table>
<tr>
<td></td>
<td>
<h2>Turning navigation features on and off</h2>
Your driver app has built-in GPS navigation. Features like Auto-Navigate, Route Preview, Night Mode, Lane Guidance, and On Route Traffic were created to make it more simple to navigate along your route.
Uber Help
Source: https://help.uber.com/driving-and-delivering/article/turning-navigation-features-on-and-off?nodeId=357c291a-9b6e-45e9-9614-aea820f089ce
</td>
</tr>
<tr>
<td>instructions loaded in said computer instructing said computer to calculate an estimated shortest trip distance between said starting point and said destination point, to compare said estimated shortest trip distance with said actual trip distance, and to indicate a distance violation when said estimated shortest trip distance is exceeded by said actual</td>
<td>
instructions loaded in the computer (fare calculation) instructing the computer to calculate an estimated shortest trip distance between said starting point and said destination point (estimated distance from origin to destination, predicted route)
Pricing Pricing overview Surge pricing Upfront pricing Route-based pricing
<h2>How are upfront prices calculated?</h2>
Many data points go into calculating an upfront price. It's based on the estimated trip time and distance from origin to destination, as well as demand patterns for that route at that time. It also includes any applicable tolls, taxes, surcharges, and fees.

</td>
</tr>
</table>

| | |
|---|---|
| trip distance by a predetermined distance margin. | **Our best estimate**<br><br>Upfront prices are based on a combination of estimates, and we are always working to improve our accuracy. Technical and data limitations, such as map accuracy, connectivity, traffic data, and GPS quality, can also affect the predictions.<br><br>**Price clarity**<br><br>Our upfront pricing system shows the rider price, route, and estimated time to destination. Drivers can see how their earnings are calculated here.<br><br>Source: https://www.uber.com/us/en/marketplace/pricing/upfront-pricing/<br><br>**Tolls, Surcharges, and Fees**<br><br>Your trip fare covers more than just time and distance. Here is a breakdown of additional charges that may apply to your trip. When you accept a trip with an upfront price, the estimated costs are incorporated into your trip fare based on the predicted route. Tolls and surcharges may be adjusted in the event your actual route differs from the predicted route.<br><br>Uber Help<br>Source:https://help.uber.com/riders/article/tolls-surcharges-and-fees?nodeId=d0fe8866-7948-49cc-a051-97bfef62562d |

| | |
|---|---|
| | The fares is based on the upfront price, which is based on the estimated length of the trip(estimated shortest trip distance between said starting point and said destination point) , fares also include route based adjustment , route based adjustment appears to compare said estimated shortest trip distance with said actual trip distance.<br><br>How are fares calculated?<br><br>In most cities, riders are offered an upfront price, based on the estimated length of the trip. Prices may also include:<br><br>- A base rate<br>- Tolls and surcharges<br>- Dynamic pricing<br>- A booking or marketplace fee<br>- Route based adjustments<br>- Applicable promotions<br>- Pool discounts<br>Uber Help<br>Source: https://help.uber.com/riders/article/how-are-fares-calculated?nodeId=d2d43bbc-f4bb-4882-b8bb-4bd8acf03a9d<br><br>The fare was higher than expected due to the route taken means indicating a distance violation when said estimated shortest trip distance is exceeded by said actual trip distance by a predetermined distance margin. |

| | |
|---|---|
| | My driver took a poor route<br><br>If you have concerns about the route your driver took or if your fare was higher than expected due to the route taken, let us know here. We'll be happy to review.<br><br>Uber Help<br>Source:https://help.uber.com/riders/article/my-driver-took-a-poor-route?nodeId=0487f360-dc56-4904-b5c9-9d3f04810fa9 |